IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN BENJAMIN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TRANS UNION, LLC, et al.<br><br>　　　　Defendants | CIVIL ACTION<br><br>No. 2014-cv-07098 |

**ORDER**

AND NOW, this _____ day of _____, 2015, upon consideration of defendants' Motion to Dismiss plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6), and any response(s) thereto, it is hereby it is hereby ORDERED and DECREED that said Motion is GRANTED. All claims against Northwest Federal Credit Union (incorrectly identified as Northwest Federal Credit Union Foundation) and Chartway Federal Credit Union are DISMISSED with prejudice.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　J.