IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN BENJAMIN,<br><br>        Plaintiff<br><br>        v.<br><br>TRANS UNION, LLC, et al.<br><br>        Defendants | CIVIL ACTION<br><br>No. 2014-cv-07098 |

**ALTERNATIVE ORDER**

AND NOW, this _____ day of _____, 2015, upon consideration of defendants' Motion for More Specific Pleading Pursuant to F.R.C.P. 12(e), and any response(s) thereto, it is hereby it is hereby ORDERED and DECREED that said Motion is GRANTED and plaintiff is directed to file an Amended Complaint within twenty (20) days of the date of this Order.

BY THE COURT:

_____
J.