IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN BENJAMIN,<br><br>                *Plaintiff*,<br>    v.<br><br>TRANS UNION, LLC, *et al.*,<br><br>                *Defendants*. | CIVIL ACTION<br>NO. 14-07098 |

## ORDER

**AND NOW**, this 26th day of May, 2015, upon consideration of Defendants Northwest Federal Credit Union ("Northwest") and Chartway Federal Credit Union's ("Chartway") Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (ECF No. 39), and Plaintiff's response in opposition (ECF No. 40), it is hereby **ORDERED** that:

1. The motion to dismiss for lack of personal jurisdiction is **DENIED** without prejudice so that Plaintiff may engage in jurisdictional discovery with Northwest and Chartway limited to the issue of whether Northwest and Chartway have minimum contacts in Pennsylvania;

2. All jurisdictional discovery shall be completed by **June 30, 2015**;

3. To the extent that Northwest and Chartway desire to renew their motion to dismiss for lack of personal jurisdiction after jurisdictional discovery has closed, they shall do so by no later than **July 14, 2015**.  Plaintiff may file a response by **July 28, 2015**; and

4. Defendants' motion for a more definite statement is **DENIED**.

                                                  BY THE COURT:

                                                  */s/ Gerald J. Pappert*
                                                  GERALD J. PAPPERT, J.