IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHAN BENJAMIN** | ) |
|     **Plaintiff,** | ) Civil Action No. 14-7098 |
| v. | ) |
| **TRANS UNION, LLC, ET AL.** | ) |
|     **Defendants.** | ) |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF COURT:

    Kindly enter a default against Defendant CACH, LLC for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    **FRANCIS & MAILMAN, P.C.**

    */s/ Gregory Gorski*
    GREGORY GORSKI
    Land Title Building, 19th Floor
    100 South Broad Street
    Philadelphia, PA 19110
    (215) 735-8600

    Attorneys for Plaintiff

Date: May 28, 2015