IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN BENJAMIN,

    *Plaintiff,*

v.

TRANS UNION, et al.,

    *Defendants.*

CIVIL ACTION
NO. 14-07098

**ORDER**

**AND NOW**, this 12th day of August 2015, it is hereby **ORDERED** a **PRETRIAL CONFERENCE** will be held on **AUGUST 25, 2015 at 11:00 a.m.**, via telephone. Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph: 267-299-7530).

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of this Order;

2. The parties shall commence discovery **immediately**;

3. After consultation with counsel for all parties, counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information in the attached form Report on or before **August 20, 2015**;

4. **Lead trial counsel is required to appear at the conference.** If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference.

5. Counsel must comply with Judge Pappert's procedures available at www.paed.uscourts.gov.

                                                */s/ Gerald J. Pappert*
                                               Gerald J. Pappert, J.

**Joint Status Report Pursuant to Rule 26(f)**

Caption:_____Civil Action No: _____

Basis of Jurisdiction:_____

Jury Trial:_____ Non-Jury Trial: _____ Arbitration:_____

Plaintiff's counsel participating in the Rule 16 Conference:
Defendants counsel participating in the Rule 16 Conference:
Do counsel have full authority to settle at Rule 16 Conference?

 If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference?
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure?
Does either side expect to file a case-dispositive motion? _____ (yes/no)

 If yes, under what Rule
 If yes, specify the issue
 Proposed deadline for filing dispositive motions:
 Does either side anticipate the use of experts?

  If yes, what is the proposed deadline for expert discovery?
Approximate date case should be trial-ready:
 Time for Plaintiff's case: _____ Time for Defendant's case:
Is a settlement conference likely to be helpful? _____ If so, when:
 Early_____ (yes/no)   After Discovery _____ (yes/no)
What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition?

Plan for Discovery:

1. The parties anticipate that discovery should be completed within _____ days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.

5. If you contend the discovery period to exceed 90 days, please state reason:

_____