IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATHAN BENJAMIN, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 14-7098 |
| TRANS UNION, LLC, et al., | |
| *Defendants.* | |

## **ORDER**

**AND NOW**, this 3rd day of December, 2015, upon consideration of Plaintiff Nathan Benjamin's unopposed Motion to Continue Arbitration (ECF No. 69), it is hereby **ORDERED** that the Motion is **GRANTED**. The arbitration hearing is continued to March 17, 2016.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.